JOSEPH SCHWINGER, Respondent, v. MILBERT CORPORATION et al., Appellants.— In an action on an agreement to share the profits resulting from the sale of textiles, order directing an inspection and permitting the making of copies of the corporate defendant's books and records, and the examination of the individual defendant as a witness, affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

ANNA SEVON et al., Respondents, v. DAVID ROCKMAKER, Appellant.— In this negligence action plaintiffs were granted an order directing the defendant to produce for inspection a statement concerning the happening of the accident, prepared by a representative of defendant and signed by the plaintiff John Sevon, and permitting the plaintiffs to examine the defendant before trial. Defendant appeals but does not press the appeal from that part of the order granting an examination before trial. Order modified on the law by striking therefrom the direction that the plaintiffs be permitted to inspect and discover the statement signed by the plaintiff John Sevon and, as so modified, affirmed, with $10 costs and disbursements to appellant. (*Sack* v. *All States Holding Corp.*, 268 App. Div. 793; *La Maida* v. *Miledna Realty Corp.*, 182 Misc. 690.) Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

CYNTHIA SMITH, as Assignee of MARGUERITE B. MILES, Respondent, v. WILLIAM M. WESSEL, Appellant.— Action to recover a sum of money advanced by the plaintiff's assignor to the defendant under circumstances involving fraud in the contracting or incurring of the liability. The order appealed from denied defendant's motion to dismiss the amended complaint and to vacate the warrant of attachment. However, it granted defendant's motion to increase the amount of security, which was done to the extent of making it $2,000. Defendant appeals from the order insofar as it denied the vacatur of the warrant of attachment and also from that portion of the order that increased the amount of the security, on the ground that the increase was insufficient. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

MILDRED STURR, Respondent, v. HAROLD STURR, Appellant.— In an action on a separation agreement, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.